UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA STILLWELL and RICHARD STILLWELL, husband and wife and marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM, a Washington corporation, et al.,<br><br>Defendants | CASE NO. C11-5117BHS<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Protective Order (Dkt. 16). The Court has considered the pleading filed in support of the proposed order and the remainder of the file and hereby declines to enter the proposed order as an order of the Court for the reasons stated herein.

The parties request an expansive protective order for all confidential information that may be disclosed during the discovery phase of this proceeding. Dkt. 89 at 2–3. Although the parties request protection under the premise that the confidentiality of this material outweighs the public's right of access (*id*. at 2), the parties agree that nothing in the order shall "govern the disclosure of documents and information in the court files or at trial" (*id*. at 9). The Court is unaware of any authority that provides that the public has a right of access to information produced during discovery. The protective order seems necessary for regulating only the parties and parties' attorney's voluntary conduct after

ORDER - 1

production of certain material.  Therefore, the Court need not enter the stipulation as an order of the Court because (1) the proposed order contains provisions that are more appropriate for an agreement between the parties instead of an expansive protective order and (2) the attorneys for both parties have executed the agreement.

Therefore, it is hereby

**ORDERED** that the parties' Stipulated Protective Order (Dkt. 16) is **DENIED**.

DATED this 30th day of March, 2012.

                                     BENJAMIN H. SETTLE
                                     United States District Judge

ORDER - 2