THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA STILLWELL and RICHARD STILLWELL, husband and wife and marital community thereof,, <br><br> Plaintiffs, <br><br> v. <br><br> MULTICARE HEALTH SYSTEM, a Washington Corporation, and SHARON CHANCE and JOHN DOE CHANCE and the marital community thereof,, <br><br> Defendants. | No. 3:11-cv-05117-BHS <br><br> ] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS AND DECLARATIONS UNDER SEAL <br><br> Noted for Consideration: October 19, 2012 |

THIS MATTER CAME BEFORE THE COURT on Defendants' Motion for Leave to File Exhibits and Declarations Under Seal. The Court has reviewed the Motion and supporting papers, as well as Plaintiffs' opposition brief and supporting papers (if any), Defendants' reply brief and supporting papers (if any), and the records and files herein. Being fully informed, the Court hereby ORDERS that Defendants' Motion is GRANTED, and that Defendants may file the following documents with this Court under seal:

1)  The Declaration of A.W., filed in support of Defendants' Motion for Summary Judgment;

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
EXHIBITS AND DECLARATIONS UNDER SEAL - 1
(Cause No. 3:11-cv-05117-BHS)
72542447.1 0023502-00065

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  2)   The Declaration of S.F., filed in support of Defendants' Motion for Summary Judgment;

2  3)   The Declaration of A.B., filed in support of Defendants' Motion for Summary Judgment;

3  4)   The Declaration of P.P., filed in support of Defendants' Motion for Summary Judgment;

4  5)   Exhibits 1 through 22 and 26 through 30 to the Declaration of Sharon Chance in Support of Defendants' Motion for Summary Judgment;

5  6)   Exhibits 3 through 6, 8, and 9 to the Declaration of Tammi Lead in Support of Defendants' Motion for Summary Judgment; and

6  7)   Exhibit 1 to the Declaration of Karin Jones in Support of Defendants' Motion for Summary Judgment.

DATED this 1st day of November, 2012.

_____
THE HON. BENJAMIN H. SETTLE

Presented by:
STOEL RIVES LLP

s/ Karin D. Jones
Timothy J. O'Connell, WSBA #15372
Karin D. Jones, WSBA #42406
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: tjoconnell@stoel.com
Email: kdjones@stoel.com
Attorneys for Defendants

[_____] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS AND DECLARATIONS UNDER SEAL - 2
(Cause No. 3:11-cv-05117-BHS)
72542447.1 0023502-00065

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900